■

**N.G.**

v.

**DALLAS CTY. DEP'T OF HUMAN RES.**

2140231

Court of Civil Appeals of Alabama.

01/08/2015

Dismissed

■

**J.B.G.**

v.

**C.M.S.**

2140246

Court of Civil Appeals of Alabama.

02/19/2015

Transferred to Etowah Cir. Ct. for trial de novo pursuant to Rule 28(D), Ala. R.Juv.P.

■

**Angela NAILS**

v.

**Andy HAMLIN and Chris McCool**

2140250

Court of Civil Appeals of Alabama.

02/27/2015

Dismissed

■

**Angela K. COX**

v.

**COLSA CORP., Mike Whitlock, Felicia Jefferson, Susan Phillips, and Catherine McDonald**

2140254

Court of Civil Appeals of Alabama.

02/04/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction

■

**EX PARTE Amanda L. COMBS**

(In re: Amanda L. Combs

v.

Douglas W. Combs)

2140255

Court of Civil Appeals of Alabama.

01/07/2015

Dismissed

